JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAWTHORNE HANGAR OPERATIONS, L.P., et al. | Case No. CV 20-10744 PA (ASx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| HAWTHORNE AIRPORT, LLC, et al., | |
| Defendants. | |

Pursuant to the Court's March 12, 2021 Order granting defendant the City of Hawthorne's Motion to Dismiss and the Court's April 27, 2021 Order granting defendants Hawthorne Airport LLC, Advanced Air LLC, David Wehrly, and Levi Stockton's (together with the City of Hawthorne, "Defendants") Motion for Summary Judgment, it is HEREBY ORDERED, ADJUDGED, AND DECREED that

1.    Judgment is entered in favor of Defendants and against Plaintiffs Hawthorne Hangar Operations, L.P. and Dan Wolfe ("Plaintiffs"); and

2.    Plaintiffs take nothing and Defendants are entitled to their costs of suit pursuant to Federal Rule of Civil Procedure 54.

DATED: April 27, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE